**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 573 MAL 2020

      Respondent     :

              :  Petition for Allowance of Appeal
              :  from the Order of the Superior Court

      v.        :

              :

GALINA LIALKO,       :

      Petitioner     :

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.